IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| STUART WAYNE TOMPKINS,<br>        Plaintiff,<br>        v.<br>SANDRA THOMAS; KENNETH HUNT; COLBERT L. RESPASS; DAVID W. KEYS; J. HAYNES; WILLIAM BASNIGHT, III; HATTIE B. PIMPONG; PAMELA J. LOCKLEAR, ROSE LOCKLEAR; BILLIE J. WEAVER; JOHN DOE LOCKLEAR; CLIFTON SUTTON; PAUL TAYLOR; JOHN DOE HUNT; LYNN HENRY; JOHN DOE HUNT; JOHN/JANE DOE; JANE DOE, JOHN DOE M.C. LOCKLEAR; JOHN DOE; GEORGE BOYSDEN; MARSHALL PIKE<br>        Defendants. | **Judgment in a Civil Case**<br><br><br><br><br><br><br><br><br>Case Number: 5:11-CT-3049-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

<u>This Judgment Filed and Entered on November 7, 2011, with service on:</u>
Stuart Wayne Tompkins 0603102, Scotland Correctional Center, P.O. Box 1808, Laurinburg, NC  28353 (via U.S. Mail)

| | |
|---|---|
| November 7, 2011 | /s/ Dennis P. Iavarone<br>Clerk |