IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| STUART WAYNE TOMPKINS,<br>          Plaintiff,<br>          v.<br>SANDRA THOMAS; KENNETH HUNT;<br>COLBERT L. RESPASS; DAVID W. KEYS; J.<br>HAYNES; WILLIAM BASNIGHT, III; HATTIE<br>B. PIMPONG; PAMELA J. LOCKLEAR, ROSE<br>LOCKLEAR; BILLIE J. WEAVER; JOHN DOE<br>LOCKLEAR; CLIFTON SUTTON; PAUL<br>TAYLOR; JOHN DOE HUNT; LYNN HENRY;<br>JOHN DOE HUNT; JOHN/JANE DOE; JANE<br>DOE, JOHN DOE M.C. LOCKLEAR; JOHN DOE;<br>GEORGE BOYSDEN; MARSHALL PIKE<br>          Defendants. | **Judgment in a Civil Case**<br><br><br><br><br><br><br><br><br><br>Case Number: 5:11-CT-3049-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

<u>This Judgment Filed and Entered on November 7, 2011, with service on:</u>
Stuart Wayne Tompkins 0603102, Scotland Correctional Center, P.O. Box 1808, Laurinburg, NC 28353 (via U.S. Mail)

| | |
|---|---|
| November 7, 2011 | /s/ Dennis P. Iavarone<br>Clerk |